1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    ALBERT PIETERSON,                        Case No.  17-cv-02306-EDL

              Plaintiff,

8

         v.                                   **ORDER FOLLOWING CASE**
9                                             **MANAGEMENT CONFERENCE**

     WELLS FARGO BANK, N.A.,
10

              Defendant.
11

12          Following the Case Management Conference held on July 25, 2017, IT IS HEREBY

13   ORDERED THAT pursuant to Fed. R. Civ. P. 16, the following case management and pretrial

14   order is entered:

15          1.   DISCOVERY

16               a.      All non-expert discovery shall be completed no later than March 2, 2018.

17   There will be no further non-expert discovery after that date except by order of the Court for good

18   cause shown.  Motions to compel non-expert discovery must be filed within the time limits

19   contained in Civil Local Rule 26-2.

20               b.      Initial expert disclosures shall be made no later than March 16, 2018.

21   Rebuttal expert disclosures shall be made no later than March 30, 2018.  All treating physicians

22   who will provide opinion testimony beyond that which can be provided by a lay person must be

23   disclosed as expert witnesses, but they need not prepare expert reports unless ordered to do so by

24   the Court.

25               c.      All expert discovery shall be completed no later than April 13, 2018.  There

26   will be no further expert discovery after that date except by order of the Court for good cause

27   shown.  Motions to compel expert discovery must be filed within the time limits contained in Civil

28   Local Rule 26-2.

United States District Court
Northern District of California

United States District Court
Northern District of California

1

2          d.      Rule 26(e)(1) of the Federal Rules of Civil Procedure requires all parties to

3   supplement or correct their initial disclosures, expert disclosures, pretrial disclosures, and

4   responses to discovery requests under the circumstances itemized in that Rule, and when ordered

5   by the Court.  The Court expects that the parties will supplement and/or correct their disclosures

6   promptly when required under that Rule, without the need for a request from opposing counsel.

7   **In addition to the general requirements of Rule 26(e)(1), the parties will supplement and/or**

8   **correct all previously made disclosures and discovery responses 28 days before the fact**

9   **discovery cutoff date.**

10         e.      Pursuant to Civil L.R. 37-1(b), telephone conferences are available to

11  resolve disputes during a discovery event, such as a deposition, where the resolution during the

12  event likely would result in substantial savings of expense or time.

13         f.      **Privilege logs.**  If a party withholds information that is responsive to a

14  discovery request, and is otherwise discoverable under the Federal Rules of Civil Procedure, by

15  claiming that it is privileged, or protected from discovery under the attorney work product doctrine

16  or any other protective doctrine (including, but not limited to, privacy rights), that party shall

17  prepare a "privilege log" (Fed. R. Civ. P. 26(b)(5)) setting forth the privilege relied upon and

18  specifying separately for each document or for each category of similarly situated documents:

19         1.  The name and job title or capacity of the author;

20         2.  The name and job title or capacity of each recipient;

21         3.  The date the document was prepared and, if different, the date(s)
    on which it was sent to or shared with persons other than its
    author(s);

22

23         4.  The title and description of the document;

24         5.  The subject matter addressed in the document;

25         6.  The purpose(s) for which it was prepared or communicated; and

26         7.  The specific basis for the claim that it is privileged.

27

28

2

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The privilege log will be produced as quickly as possible, but no later than 14 days after the discovery responses are due (in a rolling production, 14 days after each set of documents is produced), unless the parties stipulate or the Court orders otherwise in a particular case.

g.      In responding to requests for documents and materials under Rule 34 of the Federal Rules of Civil Procedure, all parties shall affirmatively state in a written response served on all other parties the full extent to which they will produce materials and shall, promptly after the production, confirm in writing that they have produced all such materials so described that are locatable after a diligent search of all locations at which such materials might plausibly exist.

2.   MOTIONS

The last day to file a motion, or stipulation and proposed order, to join other parties shall be September 22, 2017.

The last day to file a motion, or stipulation and proposed order, to amend the pleadings shall be September 22, 2017.

Plaintiff's motion for class certification shall be filed no later than April 27, 2018. Defendant's opposition shall be filed no later than May 25, 2018.  Plaintiff's reply shall be filed no later than June 8, 2018.  And Plaintiff's motion for class certification shall be heard on June 26, 2018.

**IT IS SO ORDERED.**

Dated:  August 21, 2017

_____
ELIZABETH D. LAPORTE
 UNITED STATES MAGISTRATE JUDGE

3