| | |
|---|---|
| DANIEL C. GIRARD (SBN 114826) | MARK D. LONERGAN (SBN 143622) |
| ANGELICA M. ORNELAS (SBN 285929) | mdl@severson.com |
| GIRARD SHARP LLP | REBECCA S. SAELAO (SBN 222731) |
| 601 California Street, Suite 1400 | rss@severson.com |
| San Francisco, CA 94108 | SEVERSON & WERSON |
| Telephone: (415) 981-4800 | A Professional Corporation |
| Facsimile: (415) 981-4846 | One Embarcadero Center, Suite 2600 |
| dcg@girardsharp.com | San Francisco, California 94111 |
| amo@girardsharp.com | Telephone: (415) 398-3344 |
| | Facsimile: (415) 956-0439 |

JONATHAN D. SELBIN (SBN 170222)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
jselbin@lchb.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

Daniel M. Hutchinson (SBN 239458)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
dhutchinson@lchb.com

Attorneys for Plaintiff and putative Class Members

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT PIETERSON, *on behalf of himself and all others similarly situated*,<br><br>        Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. 3:17-cv-02306-EDL<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

| 1 | JOHN HASTINGS, *on behalf of himself and all others similarly situated*, | Case No. 3:17-cv-03633-EDL |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | WELLS FARGO BANK, N.A., | |
| 6 | Defendant. | |

WHEREAS, Plaintiffs Albert Pieterson and John Hastings ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Defendant") are parties to the Settlement Agreement reached in *Prather v. Wells Fargo Bank, N.A.*, Case No. 17-cv-00481 (N.D. Ill.), Dkt. 80-1, which was granted final approval by the court in *Prather* on December 10, 2019, Dkt. 129.

NOW, therefore, Plaintiffs and Defendant **HEREBY STIPULATE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this case be **DISMISSED WITHOUT PREJUDICE**, with the parties to bear their own costs and fees, except as set forth in the parties' Settlement Agreement, *Prather* Dkt. 80-1.

**IT IS SO STIPULATED**.

DATED: December 19, 2019         GIRARD SHARP LLP

                                 By: _/s/ Angelica Ornelas_
                                       Angelica Ornelas

                                 Attorneys for Plaintiff ALBERT PIETERSON,
                                 *on behalf of himself and all others similarly situated*

DATED: December 19, 2019         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                 By: _/s/ Daniel M. Hutchinson_
                                       Daniel M. Hutchinson

                                 Attorneys for Plaintiff JOHN HASTINGS,
                                 *on behalf of himself and all others similarly situated*

DATED: December 19, 2019         SEVERSON & WERSON
                                 A Professional Corporation

                                 By: _/s/ Rebecca S. Saelao_
                                       Rebecca S. Saelao

Dated: December 23, 2019         Attorneys for Defendant WELLS FARGO BANK, N.A.


IT IS SO ORDERED
Judge Joseph C. Spero

07685.1850/14981563.1                          1
STIPULATION OF DISMISSAL WITHOUT PREJUDICE
Case Nos. 3:17-cv-02306-EDL & 3:17-cv-03633-EDL

**ATTESTATION**

I, Rebecca S. Saelao, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I certify that concurrence in this filing has been obtained from all of the other signatories.

Dated: December 19, 2019            By: */s/ Rebecca S. Saelao*